# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ROBERTO HERNANDEZ ROMAN,

      Plaintiff,

v.                                   Case No. 6:25-cv-1341-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## ORDER

On referral in this Social Security appeal, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating that the Court should reverse and remand the Commissioner's denial of benefits. (Doc. 21 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 21) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Commissioner's motion to remand (Doc. 20) is **GRANTED**.

3. The Commissioner's decision is **REVERSED AND REMANDED**

pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should offer Plaintiff the opportunity for a hearing; further consider the medical source opinion and prior administrative medical findings, including but not limited to the medical source opinion of Mark A. Beckner, M.D.; further consider Plaintiff's residual functional capacity; obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base and to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; and issue a new decision.

4.      The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all pending motions as moot, and then to close the file.

   **DONE AND ORDERED** in Chambers in Orlando, Florida, on February 16, 2026.



ROY B. DALTON, JR.
United States District Judge

2