**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERTO HERNANDEZ ROMAN,

Plaintiff,

v. Case No. 6:25-cv-1341-RBD-LHP

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

**ORDER**

In this Social Security appeal, the Court entered judgment in favor of Plaintiff. (Docs. 22, 23.) Plaintiff's counsel then moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA") which motion Defendant did not oppose. (Doc. 25 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation submitting that the Court should grant the Motion in part. (Doc. 26 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 26) is **ADOPTED**, **CONFIRMED**, and made a part of

this Order in its entirety.

2. Plaintiff's motion (Doc. 25) is **GRANTED IN PART**.

3. Plaintiff is **AWARDED** $9,600.00 in attorney fees under the EAJA.

4. Plaintiff's motion (Doc. 25) is **DENIED** in all other respects.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 30, 2026.

ROY B. DALTON, JR.
United States District Judge